**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-2038**

ARTHUR LEE HAIRSTON, SR.,

    Plaintiff - Appellant,

    v.

RAILROAD RETIREMENT BOARD,

    Defendant - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, District Judge.  (3:22-cv-00019-GMG-RWT)

Submitted:  June 15, 2023                        Decided:  June 20, 2023

Before DIAZ, RICHARDSON, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Arthur Lee Hairston, Sr., Appellant Pro Se. Erin K. Reisenweber, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Martinsburg, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arthur Lee Hairston, Sr., appeals the district court's order dismissing his complaint for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Hairston v. R.R. Ret. Bd.*, No. 3:22-cv-00019-GMG-RWT (N.D.W. Va. Sept. 22, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*